RECEIVED

NOV 1 8 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

DEVIN LANE _____ )
_____)
_____)
_____)
_____)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
 )
 )
 )
 - vs - )
 ) Case No. _____
THOSE CONCERNED _____ ) (To be assigned by Clerk
 ) of District Court)
_____)
_____)
_____)
_____)
_____)
_____)
_____)
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I.  State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

COPYRIGHTS INFRINGEMENT

II. Plaintiff, DEVIN LANE resides at
AKA: DEVIN PETZOLDT
AKA: DEVIN LANE PETZOLDT - BIRTH NAME

P.O. Box 574, FESTUS, JEFFERSON
street address / city / county

MO, 63028 615-424-3956
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, INVOLVED PARTIES lives at, or its business is located at
ALL MY FAMILY RELATIVES, KENNETT, MO 63050
SHERYL CROW, SHANIA TWAIN

44 MONTGOMERY, TIMMINS,
street address / city / county

ONTARIO, CANADA 63050
state / zip code

(if more than one defendant, provide the same information for each defendant below)

CHECK ALL MUSIC IN THE WORLD.
CARRIE UNDERWOOD
KEITH URBAN
ALL MUSIC LABELS AND SALES.

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

COPYRIGHTS

V. Relief: State briefly and exactly what you want the Court to do for you.

SUE FOR COPYRIGHTS.

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

    YES [✓]    NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

UNKNOWN DOLLAR VALUE. COPYRIGHTS

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

    YES [✓]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of NOVEMBER, 20 15

_____
Signature of Plaintiff(s)

4